

**FILED**



United States District Court

Eastern District of California

JUN 2 5 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY_____
DEPUTY CLERK

---

Jose Antonio APONTE OCHOA

Plaintiff(s)

V.

Christopher CHESTNUT, Warden, California City
Immigration Processing Center, et al

Defendant(s)

Case Number: | 1:26-cv-04829-JLT-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

---

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Marti L. Jones _____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Jose Antonio Aponte Ochoa

On 10/10/1990 _____ (date), I was admitted to practice and presently in good standing in the

UT State Bar, USDC UT District, UT Supreme _____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☒ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Please see attachment.

---

Date: 6/25/2026 _____          Signature of Applicant: /s/ _____

---

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

Applicant's Name: Marti L. Jones

Law Firm Name: STOWELL CRAYK, PLLC

Address: 4252 S. 700 E.

City: Millcreek    State: UT    Zip: 84107

Phone Number w/Area Code: (385) 528-1038

City and State of Residence: Millcreek, UT

Primary E-mail Address: marti@lawscb.com

Secondary E-mail Address: rebecca@lawscb.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brett Parkinson

Law Firm Name: PARKINSON BENSON POTTER (PBP LAW)

Address: 100 Pine Street, Suite 1250

City: San Francisco    State: CA    Zip: 94111

Phone Number w/Area Code: (415) 534-7970    Bar # 230150

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/25/2026          /s/ _Erin P. Gray_

JUDGE, U.S. DISTRICT COURT

**United States District Court, Eastern District of California**
**Pro Hac Vice Application Addendum**

**Pro hac vice applications made to this court within the last year:**

De Niz Mendez et al v. Chestnut et al, 1:26-cv-02404-JLT-SAB-HC, applied 03/27/2026, granted.

Rivera Aguilar v. Andrews et al, 1:26-cv-03028-DAD-JDP (HC), applied 04/21/2026, granted.

Perdomo Amaya et al v. Chestnut et al, 1:26-cv-03033-DC-AC (HC), applied 04/21/2026, granted.

Orosco Diaz v. Chestnut et al, 1:26-cv-03454-DJC-SCR (HC), applied 05/04/2026, granted.

Maldonado Perez v. Warden of the Central Valley Annex ICE Detention Facility et al, 1:26-cv-03538-VC (HC), applied 05/07/2026, not granted nor denied before habeas petition was granted.

Villanueva Abarca et al v. Chestnut et al, 1:26-cv-03630-DAD-SCR (HC), applied 05/11/2026, granted.

Pantaleon Pacheco v. Chestnut et al, 1:26-cv-03716-DJC-SCR (HC), applied 05/14/2026, granted.

Lopez Valvuena v. Chestnut et al, 1:26-cv-03889-DC-JDP (HC), applied 05/20/2026, pending.

Medina-Rodriguez v. Murray et al, 1:26-cv-04080-VC (HC), applied 06/01/2026, granted.

Gongora-Santos v. Chestnut et al, 1:26-cv-04303-TLN-JDP, applied 06/04/2026, granted.

Adriano Macha v. Chestnut et al, 1:26-cv-04359-DJC-CSK (HC), applied 06/08/2026, granted.

Martinez Martinez v. Hudson et al, 1:26-cv-04640-KES-SAB (HC), applied 6/16/2026, pending.

AO 136

**CERTIFICATE OF GOOD STANDING**

# UNITED STATES DISTRICT COURT

## District of Utah

I, Gary P. Serdar,  Clerk of the United States District Court,  District of Utah,
certify that

## Marti L. Jones

Bar #  **5733**,  was duly admitted to practice in this Court on October 10, 1990, and is in good standing as
a member of the bar of this Court.

Gary P. Serdar

*Clerk*

Dated at Salt Lake City, Utah
on June 5, 2026



*(By) Deputy Clerk*

# *CERTIFICATE OF GOOD STANDING*



*This document expires 60 days from the date of issuance*

Issued on 6/4/2026

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Marti L Jones

This is to certify that Marti L Jones, Utah State Bar No. 5733 was admitted to practice law in Utah on 10/2/1990.

Marti L Jones is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

Maribeth LeHoux
General Counsel
Utah State Bar

No.2026 -1197622
verify by email at cogsrequest@utahbar.org